# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Bray, | ) |
| | ) **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) **STATUS CONFERENCE** |
| | ) |
| v. | ) |
| | ) |
| Charles Ninneman and Colene Ninneman | ) |
| d/b/a Impact Fireworks, and STL, Inc., d/b/a | ) |
| Generous Jerry's Fireworks, | ) |
| | ) Case No. 1:24-cv-221 |
| Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on August 8, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 21st day of February, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court