# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Bray, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Charles Ninneman and | ) | |
| Colene Ninneman d/b/a Impact | ) | Case No.: 1:24-cv-00221 |
| Fireworks, and STL, Inc. | ) | |
| d/b/a Generous Jerry's Fireworks, | ) | |

On August 8, 2025, the court convened for a Mid-Discovery Status Conference. (Doc. No. 25). Present at the hearing was counsel for Defendants Charles Ninneman and Colene Ninneman, d/b/a Impact Fireworks ("Defendants"). Plaintiff John Bray did not appear at the hearing, nor did he submit a status report outlining his plans to obtain counsel as directed in the Court's August 1, 2025, Order. (*See* Doc. No. 24).

For the reasons articulated during the Mid-Discovery Status Conference, the court shall hold a Status Conference to assess the status of the case on August 18, 2025, at 11:30 AM by telephone. To participate in the conference, the parties shall call 571-353-2301 and enter ID 292466149 followed by #. The conference may be recorded for the convenience of the Court.

**IT IS SO ORDERED.**

Dated this 8th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court