# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Bray, | ) |
|       Plaintiff, | ) **ORDER SETTING DEADLINES TO** |
| | ) **RETAIN COUNSEL** |
| v. | ) |
| Charles Ninneman and Colene Ninneman, d/b/a Impact Fireworks; STL, Inc. d/b/a Generous Jerry's Fireworks, | ) Case No.: 1:24-cv-00221 |
|       Defendants. | ) |

On August 18, 2025, the court held a status conference to determine the status of the above-captioned matter. Plaintiff John Bray and counsel for Defendants Charles Ninneman and Colene Ninneman d/b/a Impact Fireworks were present.

For the reasons articulated during the hearing, Plaintiff shall have until September 17, 2025, to retain substitute counsel or otherwise inform the court as to his progress.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2025.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court