IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Bray, | ) | |
| | ) | |
|     Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR HEARING** |
| v. | ) | |
| | ) | |
| Charles Ninneman and Colene Ninneman, | ) | |
| d/b/a Impact Fireworks, and STL, Inc. | ) | |
| d/b/a Generous Jerry's Fireworks, | ) | Case No.: 1:24-cv-00221 |
| | ) | |
|     Defendants. | ) | |

On February 3, 2026, Defendants Charles and Colene Ninneman, d/b/a Impact Fireworks (collectively "Defendants"), filed a *Motion for Hearing*. (Doc. No. 32). Pursuant to Local Rule 37.1(B), Defendants request the parties participate in a discovery conference to discuss the issue of Plaintiff's failure to respond to discovery requests made by Defendants in this matter, and the February 2, 2026, deadline of fact discovery.

The Defendants advised that written discovery requests of interrogatories and requests for production of documents was served on Plaintiff on May 28, 2025. Despite Defendants' repeated attempts to communicate with Plaintiff regarding his obligation to provide responses, no response was made, and Plaintiff further failed to respond to the Defendants' attempt to engage in a meet and confer.

The court is inclined to **GRANT** Defendants' motion. (Doc. No. 32). The parties shall convene for a telephonic hearing on February 13, 2026, at 10:00 AM CST. To participate in the hearing, the parties shall call 571-353-2301 and enter ID 292466149 followed by #. The hearing may be recorded for the convenience of the Court.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2026.

<u>*/s/ Clare R. Hochhalter*</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court